13220.   ODOM BROTHERS COMPANY INC. *v.* GUNTER.

LUKE, J. Upon the petition for certiorari and the answer thereto, it was not error for the judge of the superior court to overrule the certiorari.
*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED APRIL 11, 1922.

Certiorari; from Fulton superior court — Judge Pendleton. October 3, 1921.

*Claude Brackett, Eb. T. Williams,* for plaintiff in error.
*George B. Rush,* contra.